

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00400-CR

Rene **GUERRERO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR3173
Honorable Lorina I. Rummel, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED August 5, 2015.

_____
Patricia O. Alvarez, Justice